I concur in the main opinion except that I do not join in any of the statements on the substance of the law on the nexus to interstate commerce necessary for the Federal Arbitration Act to apply. The dispositive issue in this case is only whether Rule 60(b)(5), Ala. R. Civ. P., affords relief from a judgment on the ground that a precedent supplying a legal principle essential to the judgment has been overruled by an unrelated case. The main opinion correctly decides this question in the negative. The substance of the legal principle declared by the overruled precedent or by the overruling case is immaterial to the dispositive issue in the case now before us. Therefore, the statements in the main opinion about the substance of the law on the requisite nexus to interstate commerce are dicta.
LYONS, J., concurs.